

# Missouri Court of Appeals
## Southern District

**JULY 6, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.　　Case No.　SD33479

　　　Re:　CODY G. PARSONS,
　　　　　Appellant,
　　　　　vs.
　　　　　STATE OF MISSOURI,
　　　　　Respondent.